IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. PENDLETON,
    Petitioner,
v.
COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,
    Nominal Respondent

Case No. 3:16-cv-258-KRG-KAP

Memorandum Order

Petitioner's motion to alter or amend the judgment at ECF no. 9 and the supplements thereto at ECF no. 10, ECF no. 11, and ECF no. 15, were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on May 18, 2017, ECF no. 13, and filed a Report and Recommendation on June 22, 2017, ECF no. 16, recommending that the motion and supplements thereto be denied. The parties were notified at their addresses of record that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. Petitioner filed objections, and also filed an appeal of the Magistrate Judge's order denying his motion at ECF no. 12 for release on bail.

After *de novo* review of the record of this matter, the Reports and Recommendations and the objections thereto, the following order is entered:

AND NOW, this 29th day of September, 2017, it is

ORDERED that the petitioner's motions at ECF no. 9, ECF no. 10, ECF no. 11, and ECF no. 15 to alter or amend the judgment are denied. The appeal from the denial of the motion at ECF no. 12 for release on bail is denied. The Reports and Recommendations are adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Michael J. Pendleton DY-1646
    S.C.I. Somerset
    1600 Walters Mill Road
    Somerset, PA 15510